**BLD-180**                                           **May 13, 2021**

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **20-2562**

JACKSON NJAI NDUNGU, Petitioner

v.

ATTORNEY GENERAL UNITED STATES
OF AMERICA

(Agency No. A059 942 954)

Present: AMBRO and SHWARTZ, <u>Circuit</u> <u>Judges</u>

Submitted are:

(1) Petitioner's motion for a stay of removal;

(2) Petitioner's motion for appointment of counsel;

(3) Government's response to motion for a stay of removal; and

(4) Petitioner's reply,

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

Petitioner's motion for a stay of removal is granted. The motion for appointment of counsel is denied as moot in light of counsel's entry of appearance on behalf of Petitioner.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: July 23, 2021
cc:     Andrew J. Mahon, Esq.
        Erik R. Quick, Esq.



A True Copy:

Patricia S. Dodszuweit, Clerk