UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

_____

No. 20-2562

_____

JACKSON NJAI NDUNGU,

Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

On Petition for Review
from the Decision of the Board of Immigration Appeals
(A059 942 954)

PRESENT: CHAGARES, *Chief Judge*, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and ROTH, *Circuit Judges*

**ORDER SUA SPONTE REHEARING EN BANC**

A majority of the active judges who are not disqualified in the above captioned case have determined that the case should be considered by the en banc court. In accordance with 3rd Cir. I.O.P. 9.4.1, the Court sua sponte orders rehearing en banc in the above captioned case. Argument is scheduled for Wednesday, October 9, 2024 in Philadelphia.[1]

By the Court,

s/ Michael A. Chagares
Chief Judge

Date: May 8, 2024

Sb/cc: All Counsel of Record

---

[1] The Honorable Jane R. Roth has elected to participate as a member of the en banc court pursuant to 3rd Cir. I.O.P. 9.6.4.