UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2562

JACKSON NJAI NDUNGU,
                                                            Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(A059-942-954)

Present:     CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ,
             KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN,
             CHUNG, and ROTH*, Circuit Judges

**ORDER**

By order entered May 8, 2024, this Court, acting sua sponte, ordered rehearing en banc in the above case.  Upon further review and after consideration of the arguments presented to the en banc court, the Court's order sua sponte granting rehearing en banc is VACATED.  The Clerk is directed to calendar the case before the original merits panel for disposition.

By the Court,

s/ Michael A Chagares
Chief Judge

Date: January 13, 2025
CJG/cc:     Christopher R. Healy, Esq.

---

* The Honorable Jane R. Roth elected to participate as a member of the en banc court pursuant to 3rd Cir. I.O.P. 9.6.4

Andrew J. Mahon, Esq.
Kaitlin L. O'Donnell, Esq.
Sierra Stockley, Esq.
Erik R. Quick, Esq.
Jonathan A. Robbins, Esq.
Ryan M. Chabot, Esq.
Olivia Greene, Esq.
Cassandra Mitchell, Esq.
Alan E. Schoenfeld, Esq.
Michael B. Kimberly, Esq.
Charles H. Seidell, Esq.
Andrew B. Wachtenheim, Esq.
Margaret A. Kopel, Esq.
James P. Davy, Esq.